UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL WIDMER,

    Plaintiff,

    v.

KIMBERLY BUTLER, PHELPS, MICHAEL AHRENDS, SGT PELKER, SGT BLEDSOE, MAJOR WESTFALL, C. ROTH, REDNOUR, SUSAN HILL, CHANDLER, ALEX JONES, SGT EVOLDI, MEZO, ANTHONY, W SPILLER, A BENNETT, BROCK, M BAKER, M WARHAUSEN, GOETZ, LINDENBERG, PHILLIPS, JIMMY HOPPENSTATT, BRIAN LIVINGSTON, DANIEL DUNN, JERRY WITTHOF, MARK CASPER, RYAN DAVIS, KEVIN FEDDERKE, C/O DOUGLAS KRAUSE, KENNETH SMITH, SCOTT STEWART and TIMOTHY WEAVER

    Defendants.

Case No. 14-cv-630-JPG-PMF

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 84) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss the remaining claims in this action without prejudice because plaintiff Michael Widmer has three strikes under 28 U.S.C. § 1915(g), is not in imminent danger of serious physical injury, and has not paid the full filing fee as ordered.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report.   The Court has reviewed the entire file and finds that the Report is not clearly erroneous.   Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 84);
- **DISMISSES without prejudice** the remaining claims in this case; and
- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   May 7, 2015**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**